[No. 30353-8-I.   Division One.   August 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW COLIN SCHULTZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-06151-0, Faith Enyeart, J., entered March 20, 1992. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Grosse and Agid, JJ.

[No. 29725-2-I.   Division One.   August 15, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. JERRY RICHWINE, *Defendant*, DALE W. SEIMEARS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03501-2, Anthony P. Wartnik, J., entered November 14, 1991. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Webster, C.J., and Grosse, J.

[No. 32109-0-I.   Division One.   August 15, 1994.]

BUCHER AEROSPACE CORPORATION, *Respondent*, v. McCANN CONSTRUCTION COMPANY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-11684-9, Ann Schindler, J., entered December 16, 1992. *Reversed* by unpublished opinion per Coleman, J., concurred in by Baker and Kennedy, JJ.

[No. 31529-3-I.   Division One.   August 15, 1994.]

*In the Matter of the Marriage of* WILLIAM E. GRAFF, *Respondent, and* GAYLE LYNN GRAFF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-3-06591-1, J. Kathleen Learned, J., entered September 11, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Agid, J., concurred in by Scholfield and Becker, JJ.